# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID WILSON,<br><br>Defendant. | Case No. 08-CR-91-2-JPS<br><br>**ORDER** |

In May 2009, Defendant pleaded guilty to Count One of an Indictment charging him with conspiracy to distribute cocaine, cocaine base, and marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846. ECF Nos. 98, 122. In November 2009, District Court Judge Rudolph T. Randa sentenced Defendant to a term of imprisonment of 200 months, to be followed by five years of supervised release. ECF No. 122. In September 2019, Defendant filed a motion for a reduction in his sentence pursuant to the First Step Act of 2018, § 404, Pub. L. No. 115-391, 132 Stat. 5194 (2018). ECF No. 217. The Court denied Defendant's motion on April 1, 2020. ECF No. 219. On April 13, 2020, Defendant appealed the Court's April 1, 2020 order to the Seventh Circuit. ECF No. 220. On July 22, 2022, the Seventh Circuit remanded the case in light of *Concepcion v. United States*, 142 S. Ct. 2389 (2022). *United States v. Wilson*, No. 20-1610, 2022 WL 2919959 (7th Cir. July 22, 2022).

Now before the Court is the parties' agreed motion to grant Defendant's motion under the First Step Act and reduce his sentence to time served. ECF No. 225. The parties represent that Defendant now has less than two months remaining on his sentence and that the Bureau of Prisons

has relocated him to the Parson's House in Milwaukee and placed him on home confinement. *Id.* at 1. The parties further state that additional factors, including Defendant's age, his employment and stable residence, his compliance with the Bureau of Prisons' release conditions, the savings that would result from moving Defendant from detention to supervision, and efficiency, weigh in favor of the Court granting their motion and reducing Defendant's sentence to time served. *Id.* at 2. The Court agrees and will grant the parties' motion.

Accordingly,

**IT IS ORDERED** that the parties' agreed motion to grant Defendant's First Step Act motion and reduce Defendant's sentence to time served, ECF No. 225, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant's First Step Act motion, ECF No. 217, be and the same is hereby **GRANTED**, and Defendant's sentence shall be **REDUCED** to time served; and

**IT IS FURTHER ORDERED** that an amendment to Defendant's November 16, 2009 judgment, ECF No. 122, shall issue in accordance with the terms of this Order.

Dated at Milwaukee, Wisconsin, this 11th day of August, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge